# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DAVID STAHL,**

    **Plaintiff,**

**vs.**                                           **CASE NO.  5:06-CV-045-SPM**

**JAMES CROSBY,**

    **Defendant.**

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 3) filed March 10, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections on April 5, 2006 (doc. 7).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Petitioner's objections provide additional argument on the merits of his petition; however, the report and recommendation address only the issue of which district court the case should be heard in.  As to that particular matter, Petitioner offers no objection.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order.

2. This case is hereby *transferred* to the United States District Court for the Middle District of Florida.

3. The clerk is directed to take all steps necessary to immediately effectuate the transfer.

**DONE AND ORDERED** this <u>ninth</u> day of April, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao